# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 14-38279
§
FERID MUHIC §
SERIFA MUHIC §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/28/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/06/2015          By:   /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38279 |
| | § | |
| FERID MUHIC | § | |
| SERIFA MUHIC | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $5,659.00
*and approved disbursements of*   $1,100.86
*leaving a balance on hand of[1]:*   $4,558.14

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $4,558.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,143.43 | $0.00 | $1,143.43 |
| David P. Leibowitz, Trustee Expenses | $11.74 | $0.00 | $11.74 |

Total to be paid for chapter 7 administrative expenses:   $1,155.17
Remaining balance:   $3,402.97

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $3,402.97

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,402.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,657.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $2,012.00 | $0.00 | $230.87 |
| 2 | American InfoSource LP as agent for | $3,285.26 | $0.00 | $376.96 |
| 3 | Quantum3 Group LLC as agent for | $1,145.52 | $0.00 | $131.44 |
| 4 | Quantum3 Group LLC as agent for | $1,526.46 | $0.00 | $175.15 |
| 5 | Quantum3 Group LLC as agent for | $1,393.79 | $0.00 | $159.93 |
| 6 | Quantum3 Group LLC as agent for | $3,007.06 | $0.00 | $345.04 |
| 7 | Quantum3 Group LLC as agent for | $2,650.10 | $0.00 | $304.08 |
| 8 | American InfoSource LP as agent for | $1,018.48 | $0.00 | $116.86 |
| 9 | American InfoSource LP as agent for | $2,141.34 | $0.00 | $245.70 |
| 10 | Capital One, N.A. | $1,325.09 | $0.00 | $152.04 |
| 11 | American InfoSource LP as agent for | $314.29 | $0.00 | $36.06 |
| 12 | PYOD, LLC its successors and assigns as assignee | $356.78 | $0.00 | $40.94 |
| 13 | Synchrony Bank | $163.53 | $0.00 | $18.76 |

UST Form 101-7-NFR (10/1/2010)

|    |                                  |           |        |          |
|----|----------------------------------|-----------|--------|----------|
| 14 | Synchrony Bank                   | $5,212.95 | $0.00  | $598.14  |
| 15 | Synchrony Bank                   | $827.02   | $0.00  | $94.89   |
| 16 | Capital One, N.A.                | $1,130.04 | $0.00  | $129.66  |
| 17 | Portfolio Recovery Associates, LLC | $1,293.69 | $0.00 | $148.44 |
| 18 | Portfolio Recovery Associates, LLC | $854.20   | $0.00 | $98.01  |

Total to be paid to timely general unsecured claims:    $3,402.97
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-38279-JBS
Ferid Muhic                                                               Chapter 7
Serifa Muhic
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams              Page 1 of 3              Date Rcvd: Jul 07, 2015
                               Form ID: pdf006             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2015.
```
db/jdb         +Ferid Muhic,    Serifa Muhic,    7740 S. Central Avenue,    Burbank, IL 60459-1310
22546670        ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
22546669       +Anthony J. Peraica & Assoc., Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
22546673      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
22546674        Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
22546678      ++CITIBANK,    PO BOX 6043,   SIOUX FALLS SD 57117-6043
               (address filed with court: Citi,    11500 NW Ambassador Dr.,   Suite 400, 4th Floor,
                 Kansas City, MO 64153)
23183037        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
22546677        Chase Cardmember Service,    PO Box 15298,   Wilmington, DE 19850-5298
22546676        Chase Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
22546680       +Client Services, Inc.,    3451 Harry S. Truman Dr.,   St. Charles, MO 63301-9816
22546681       +Client Services, Inc.,    PO Box 1503,   St. Peters, MO 63376-0027
22546682       +Codilis & Associates,    15W030 N. Frontage Rd.,    Ste 100,   Burr Ridge, IL 60527-6921
22546684        Comenity Bank,    PO Box 182124,   Columbus, OH 43218-2124
22546683        Comenity Bank,    PO Box 182125,   Columbus, OH 43218-2125
22546685        Comenity Bank,    PO Box 659704,   San Antonio, TX 78265-9704
22546686       +Credit Control, LLC,    5757 Phantom Dr., Ste 330,    Hazelwood, MO 63042-2429
22546687       +Credit Control, LLC,    PO Box 187,   Hazelwood, MO 63042-0187
22546691        DSNB,    PO Box 469100,   Escondido, CA 92046-9100
22546688       +Dept. Stores Nat'l Bank,    Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
22546692       +Equifax,    P.O. Box 740260,   Atlanta, GA 30374-0260
22546693       +Experian,    P.O. Box 2002,   Allen, TX 75013-2002
22546695        FMS Inc.,    PO Box 707600,   Tulsa, OK 74170-7600
22546694       +Ferid & Serifa Muhic,    7740 S. Central Ave.,    Burbank, IL 60459-1310
22546699       +J.C. Christensen & Assoc., Inc,    PO Box 519,   Sauk Rapids, MN 56379-0519
22546700       +John C. Bonewicz, PC,    350 N. Orleans Street,    Suite 300,   Chicago, IL 60654-1607
22546703        LCMH Hospitalist Group,    2800 West 87th Street,    Suite 100,   Chicago, IL 60652-3831
22546704       +Little Company of Mary,    2800 West 87th Street,    Chicago, IL 60652-3831
22546710       +MRS-BPO LLC,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
22546705        Macy's,    PO Box 183083,   Columbus, OH 43218-3083
22546706        Macy's/American Express,    PO Box 183084,   Columbus, OH 43218-3084
22546709        Monarch Recovery Mgmnt, Inc.,    PO Box 21089,    Philadelphia, PA 19114-0589
22546711        Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
22546713       +Northland Group, Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
22546715        Office Depot Credit Card Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
22546714        Office Depot Credit Card Plan,    PO Box 183015,    Columbus, OH 43218-3015
22546716        OneMain Financial,    PO Box 183172,   Columbus, OH 43218-3172
22546717       +P. Scott Lowery, PC,    5680 Greenwood Plaza Blvd.,    Suite 500,
                 Greenwood Village, CO 80111-2415
22546720      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Assoc., LLC,     120 Corporate Blvd.,
                 Norfolk, VA 23502)
22546722       +Progressive Financial Svcs.,    1919 W. Fairmont, Suite 8,    Tempe, AZ 85282-3194
22546721       +Progressive Financial Svcs.,    PO Box 22083,    Tempe, AZ 85285-2083
22546723        RGS Collections, Inc.,    PO Box 852039,   Richardson, TX 75085-2039
22546725        Sears Credit Cards,    PO Box 183082,   Columbus, OH 43218-3082
22546726        Sears Credit Cards,    PO Box 6282,   Sioux Falls, SD 57117-6282
22546730        T-Mobile,    PO Box 742596,   Cincinnati, OH 45274-2596
22546728        Target Card Services,    PO Box 660170,   Dallas, TX 75266-0170
22546729        Target Corporate Services, Inc.,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
22546732       +TransUnion LLC,    P.O. Box 2000,   Chester, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22546671        E-mail/Text: g20956@att.com Jul 07 2015 23:54:52     AT&T,    PO Box 755,
                 Atwater, CA 95301-0755
22546672        E-mail/Text: g20956@att.com Jul 07 2015 23:54:52     AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
23263254        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 00:03:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
22996714        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 00:03:58
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK 73124-8866
23161466        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 00:03:58
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
22546675        E-mail/Text: ebn@squaretwofinancial.com Jul 07 2015 23:54:45     CACH LLC,
                 4340 S. Monaco St, #2,    Denver, CO 80237-3408
22546689        E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:37     Dillard's/GECRB,    PO Box 960012,
                 Orlando, FL 32896-0012
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Jul 07, 2015
                               Form ID: pdf006              Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22546690         E-mail/Text: bankruptcynotices@dcicollect.com Jul 07 2015 23:54:49
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
22546698        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:56      GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
22546696         E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:46      GECRB/jcp,    PO Box 960090,
                 Orlando, FL 32896-0090
22546697         E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:37      GECRB/jcp,    PO Box 965009,
                 Orlando, FL 32896-5009
22546701         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 07 2015 23:54:18      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
22546702         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 07 2015 23:54:18      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
22546707        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 07 2015 23:54:31      Midland Credit Mngmt Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
22546708        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 07 2015 23:54:31      Midland Credit Mngmt Inc.,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
22546712         E-mail/Text: bnc@nordstrom.com Jul 07 2015 23:54:19      Nordstrom Bank,    PO Box 79134,
                 Phoenix, AZ 85062-9134
23310459        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2015 23:50:47
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23023965         E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2015 23:54:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
22546724         E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:46      Sam's Club/GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
22546727         E-mail/Text: bankruptcy@sw-credit.com Jul 07 2015 23:54:32      Southwest Credit Systems LP,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
23320338         E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:46      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22546731         E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 23:50:56      TJX Rewards/GECRB,
                 PO Box 530948,    Atlanta, GA 30353-0948
22546733        +E-mail/Text: edinkel@vikingservice.com Jul 07 2015 23:55:04      Viking Client Services,
                 7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23338581*        Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22546719*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Assoc., LLC,     PO Box 12903,
                 Norfolk, VA 23541)
22546718*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Assoc., LLC,     PO Box 12914,
                 Norfolk, VA 23514)
23347908*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
23348179*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CITIBANK, N.A. (SEARS),     POB 41067,    Norfolk VA 23541)
23347983*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to GE CAPITAL RETAIL BANK,     (TJX),    POB 41067,   Norfolk VA 23541)
22546679        ##+CitiMortgage, Inc.,    PO Box 6006,   The Lakes, NV 88901-6006
                                                                                   TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015                            Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams            Page 3 of 3           Date Rcvd: Jul 07, 2015
                              Form ID: pdf006            Total Noticed: 70
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2015 at the address(es) listed below:

```
              Anthony J Peraica    on behalf of Debtor Ferid  Muhic peraicalaw@aol.com, cwinans@peraica.com
              Anthony J Peraica    on behalf of Joint Debtor Serifa  Muhic peraicalaw@aol.com,
               cwinans@peraica.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```