**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38279 |
| | § | |
| FERID MUHIC | § | |
| SERIFA MUHIC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $2,618.30 | Assets Exempt: | $10,500.00 |
| Total Distributions to Claimants: | $3,402.97 | Claims Discharged Without Payment: | $234,775.06 |
| Total Expenses of Administration: | $1,170.74 | | |

3) Total gross receipts of $5,659.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,085.29 (see **Exhibit 2),** yielded net receipts of $4,573.71 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,170.74 | $1,170.74 | $1,170.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $224,078.06 | $29,657.60 | $29,657.60 | $3,402.97 |
| **Total Disbursements** | $224,078.06 | $30,828.34 | $30,828.34 | $4,573.71 |

4). This case was originally filed under chapter 7 on 10/22/2014. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2015          By: /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $5,659.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,659.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| FERID AND SERIFA MUHIC | Exemptions | 8100-002 | $1,085.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,085.29** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,143.43 | $1,143.43 | $1,143.43 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $11.74 | $11.74 | $11.74 |
| Green Bank | 2600-000 | NA | $15.57 | $15.57 | $15.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,170.74 | $1,170.74 | $1,170.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as | 7100-900 | $0.00 | $2,012.00 | $2,012.00 | $230.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | agent for | | | | | |
| 2 | American InfoSource LP as agent for | 7100-900 | $0.00 | $3,285.26 | $3,285.26 | $376.96 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $696.54 | $1,145.52 | $1,145.52 | $131.44 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $831.34 | $1,526.46 | $1,526.46 | $175.15 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | $103.51 | $1,393.79 | $1,393.79 | $159.93 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $3,007.06 | $3,007.06 | $345.04 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | $2,650.10 | $2,650.10 | $2,650.10 | $304.08 |
| 8 | American InfoSource LP as agent for | 7100-000 | $1,018.48 | $1,018.48 | $1,018.48 | $116.86 |
| 9 | American InfoSource LP as agent for | 7100-000 | $0.00 | $2,141.34 | $2,141.34 | $245.70 |
| 10 | Capital One, N.A. | 7100-900 | $0.00 | $1,325.09 | $1,325.09 | $152.04 |
| 11 | American InfoSource LP as agent for | 7100-000 | $419.05 | $314.29 | $314.29 | $36.06 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $356.78 | $356.78 | $356.78 | $40.94 |
| 13 | Synchrony Bank | 7100-000 | $163.53 | $163.53 | $163.53 | $18.76 |
| 14 | Synchrony Bank | 7100-000 | $5,212.95 | $5,212.95 | $5,212.95 | $598.14 |
| 15 | Synchrony Bank | 7100-000 | $827.02 | $827.02 | $827.02 | $94.89 |
| 16 | Capital One, N.A. | 7100-900 | $1,130.44 | $1,130.04 | $1,130.04 | $129.66 |
| 17 | Portfolio Recovery Associates, LLC | 7100-900 | $1,293.69 | $1,293.69 | $1,293.69 | $148.44 |
| 18 | Portfolio Recovery Associates, LLC | 7100-900 | $854.20 | $854.20 | $854.20 | $98.01 |
| | AT&T Mobility c/o Southwest Credit | 7100-000 | $2,992.80 | $0.00 | $0.00 | $0.00 |
| | Cach LLC c/o John Bonewicz | 7100-000 | $6,131.36 | $0.00 | $0.00 | $0.00 |
| | Chase Bank c/o MRS BPO LLC | 7100-000 | $6,108.20 | $0.00 | $0.00 | $0.00 |
| | Chase Cardmember Svc. | 7100-000 | $611.55 | $0.00 | $0.00 | $0.00 |
| | CitiMortgage c/o Codilis & Assoc | 7100-000 | $148,000.00 | $0.00 | $0.00 | $0.00 |
| | CitiMortgage c/o | 7100-000 | $17,733.17 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Codillis & Assoc. | | | | | |
| Dillards/GECRB | 7100-000 | $1,833.88 | $0.00 | $0.00 | $0.00 |
| Kohl's | 7100-000 | $942.55 | $0.00 | $0.00 | $0.00 |
| Kohls Payment CTR | 7100-000 | $942.55 | $0.00 | $0.00 | $0.00 |
| LCMH Hospitalist Group | 7100-000 | $56.00 | $0.00 | $0.00 | $0.00 |
| LCMH Hospitalist Group | 7100-000 | $204.00 | $0.00 | $0.00 | $0.00 |
| LCMH Hospitalist Group | 7100-000 | $290.00 | $0.00 | $0.00 | $0.00 |
| Little Co of Mary | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| Macy's c/o Northland Group, Inc. | 7100-000 | $450.03 | $0.00 | $0.00 | $0.00 |
| Macy's/Amex c/o ARS National Services | 7100-000 | $568.54 | $0.00 | $0.00 | $0.00 |
| Nordstrom FSB c/o J.C. Christensen & Assoc. | 7100-000 | $865.86 | $0.00 | $0.00 | $0.00 |
| One Main Financial | 7100-000 | $15,657.00 | $0.00 | $0.00 | $0.00 |
| Target Card Services | 7100-000 | $3,285.26 | $0.00 | $0.00 | $0.00 |
| Target Card Services | 7100-000 | $1,297.68 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $224,078.06 | $29,657.60 | $29,657.60 | $3,402.97 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-38279-JBS | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | MUHIC, FERID AND MUHIC, SERIFA | **Date Filed (f) or Converted (c):** | | 10/22/2014 (f) |
| **For the Period Ending:** | 9/8/2015 | **§341(a) Meeting Date:** | | 12/08/2014 |
| | | **Claims Bar Date:** | | 06/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2014 Tax Refund  (u) | $0.00 | $0.00 | | $5,659.00 | FA |
| 2 | CASH | $30.00 | $0.00 | | $0.00 | FA |
| 3 | BUSINESS CHECKING ACCOUNT WITH CHASE BANK ENDING 4386 | $28.30 | $0.00 | | $0.00 | FA |
| 4 | SECURITY DEPOSIT WITH LANDLORD FOR APARTMENT RENTAL/RESIDENCE | $1,250.00 | $1,250.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS, FURNISHING, APPLIANCES AND ELECTRONICS | $210.00 | $0.00 | | $0.00 | FA |
| 6 | PERSONAL CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 7 | 1000 SHARES OF STOCK IN FS TRANSPORT, INC. (DEBTOR'S BUSINESS) NO PAR VALUE | $0.00 | $0.00 | | $0.00 | FA |
| 8 | SEE ATTACHMENT SHEET A | $11,500.00 | $1,368.30 | | $0.00 | FA |

**Asset Notes:**   2007 TOYOTA CAMRY  MARKET VALUE $8,500.00
2005 TOYOTA COROLLA MARKET VALUE $3,000.00

**TOTALS (Excluding unknown value)**                                                                                                                            **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $13,118.30 | $2,618.30 | $5,659.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2015 | Notice of Trustee's Final Report and Applications for Compensation Filed by Trustee David P Leibowitz ESQ (RE: 20 Final Report Asset, 21 Application for Compensation). Hearing scheduled for 7/28/2015 |
| 04/09/2015 | Review Claims and Prepare TFR |
| 12/24/2014 | Tax Intercept Completed |
| 12/12/2014 | Based on the schedules it appears to be equity of $4,368.30 in the 2007 Toyota Camry and $3,000.00 in Toyota Corolla.  I was unable to determine the current value of the Freightliner based on the appraisal provided. |
| | It does not appear that the vehicles are held by the corporation however the 1997 Freightliner is held under FS Transport Inc and cannot be exempted. |
| | Please amend schedules to reflect correct values and exemptions. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/03/2015 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/03/2015 | | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38279-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUHIC, FERID AND MUHIC, SERIFA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8865 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8866 | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $5,659.00 | | $5,659.00 |
| 04/09/2015 | 3001 | FERID AND SERIFA MUHIC | Entitled pro rata portion of Tax Refund | 8100-002 | | $1,085.29 | $4,573.71 |
| 05/05/2015 | | Green Bank | Bank Fee for April 2015 | 2600-000 | | $8.21 | $4,565.50 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.36 | $4,558.14 |
| 07/28/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,143.43 | $3,414.71 |
| 07/28/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $11.74 | $3,402.97 |
| 07/28/2015 | 3004 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: 1,145.52; Amount Allowed: 1,145.52; Distribution Dividend: 11.47; | 7100-000 | | $131.44 | $3,271.53 |
| 07/28/2015 | 3005 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: 1,526.46; Amount Allowed: 1,526.46; Distribution Dividend: 11.47; | 7100-000 | | $175.15 | $3,096.38 |
| 07/28/2015 | 3006 | Quantum3 Group LLC as agent for | Claim #: 5; Amount Claimed: 1,393.79; Amount Allowed: 1,393.79; Distribution Dividend: 11.47; | 7100-000 | | $159.93 | $2,936.45 |
| 07/28/2015 | 3007 | Quantum3 Group LLC as agent for | Claim #: 6; Amount Claimed: 3,007.06; Amount Allowed: 3,007.06; Distribution Dividend: 11.47; | 7100-000 | | $345.04 | $2,591.41 |
| 07/28/2015 | 3008 | Quantum3 Group LLC as agent for | Claim #: 7; Amount Claimed: 2,650.10; Amount Allowed: 2,650.10; Distribution Dividend: 11.47; | 7100-000 | | $304.08 | $2,287.33 |
| 07/28/2015 | 3009 | American InfoSource LP as agent for | Claim #: 8; Amount Claimed: 1,018.48; Amount Allowed: 1,018.48; Distribution Dividend: 11.47; | 7100-000 | | $116.86 | $2,170.47 |
| 07/28/2015 | 3010 | American InfoSource LP as agent for | Claim #: 9; Amount Claimed: 2,141.34; Amount Allowed: 2,141.34; Distribution Dividend: 11.47; | 7100-000 | | $245.70 | $1,924.77 |
| 07/28/2015 | 3011 | American InfoSource LP as agent for | Claim #: 11; Amount Claimed: 314.29; Amount Allowed: 314.29; Distribution Dividend: 11.47; | 7100-000 | | $36.06 | $1,888.71 |
| 07/28/2015 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 12; Amount Claimed: 356.78; Amount Allowed: 356.78; Distribution Dividend: 11.47; | 7100-000 | | $40.94 | $1,847.77 |
| 07/28/2015 | 3013 | Synchrony Bank | Claim #: 13; Amount Claimed: 163.53; Amount Allowed: 163.53; Distribution Dividend: 11.47; | 7100-000 | | $18.76 | $1,829.01 |
| 07/28/2015 | 3014 | Synchrony Bank | Claim #: 14; Amount Claimed: 5,212.95; Amount Allowed: 5,212.95; Distribution Dividend: 11.47; | 7100-000 | | $598.14 | $1,230.87 |
| 07/28/2015 | 3015 | Synchrony Bank | Claim #: 15; Amount Claimed: 827.02; Amount Allowed: 827.02; Distribution Dividend: 11.47; | 7100-000 | | $94.89 | $1,135.98 |

**SUBTOTALS** $5,659.00 $4,523.02

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38279-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUHIC, FERID AND MUHIC, SERIFA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8865 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8866 | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2015 | 3016 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: 2,012.00; Amount Allowed: 2,012.00; Distribution Dividend: 11.47; | 7100-900 | | $230.87 | $905.11 |
| 07/28/2015 | 3017 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 3,285.26; Amount Allowed: 3,285.26; Distribution Dividend: 11.47; | 7100-900 | | $376.96 | $528.15 |
| 07/28/2015 | 3018 | Capital One, N.A. | Claim #: 10; Amount Claimed: 1,325.09; Amount Allowed: 1,325.09; Distribution Dividend: 11.47; | 7100-900 | | $152.04 | $376.11 |
| 07/28/2015 | 3019 | Capital One, N.A. | Claim #: 16; Amount Claimed: 1,130.04; Amount Allowed: 1,130.04; Distribution Dividend: 11.47; | 7100-900 | | $129.66 | $246.45 |
| 07/28/2015 | 3020 | Portfolio Recovery Associates, LLC | Claim #: 17; Amount Claimed: 1,293.69; Amount Allowed: 1,293.69; Distribution Dividend: 11.47; | 7100-900 | | $148.44 | $98.01 |
| 07/28/2015 | 3021 | Portfolio Recovery Associates, LLC | Claim #: 18; Amount Claimed: 854.20; Amount Allowed: 854.20; Distribution Dividend: 11.47; | 7100-900 | | $98.01 | $0.00 |
| | | | **TOTALS:** | | $5,659.00 | $5,659.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,659.00 | $5,659.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,085.29 | |
| | | | Net | | $5,659.00 | $4,573.71 | |

| For the period of 10/22/2014 to 9/8/2015 | | For the entire history of the account between 03/24/2015 to 9/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,659.00 | Total Compensable Receipts: | $5,659.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,659.00 | Total Comp/Non Comp Receipts: | $5,659.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,573.71 | Total Compensable Disbursements: | $4,573.71 |
| Total Non-Compensable Disbursements: | $1,085.29 | Total Non-Compensable Disbursements: | $1,085.29 |
| Total Comp/Non Comp Disbursements: | $5,659.00 | Total Comp/Non Comp Disbursements: | $5,659.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| Case No. | 14-38279-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUHIC, FERID AND MUHIC, SERIFA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8865 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8866 | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,659.00 | $5,659.00 | $0.00 |

**For the period of 10/22/2014 to 9/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,659.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,659.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,573.71 |
| Total Non-Compensable Disbursements: | $1,085.29 |
| Total Comp/Non Comp Disbursements: | $5,659.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/22/2014 to 9/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,659.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,659.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,573.71 |
| Total Non-Compensable Disbursements: | $1,085.29 |
| Total Comp/Non Comp Disbursements: | $5,659.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ